UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>160 EASY STREET, NORTH HARWICH,<br>MASSACHUSETTS,<br>　　　　　Defendant. | **FILED EX PARTE AND UNDER SEAL**<br><br>Civil Action No.<br><br>05 10961 MEL |

### MOTION TO IMPOUND

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves to seal, pursuant to Local Rule 7.2, this Motion to Impound and the following documents filed herewith except as to employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, and any law enforcement officers involved in the investigation:

1. Verified Complaint for Forfeiture In Rem, including attached affidavit;

2. Warrant and Monition;

3. Motion for Ex Parte Finding and Endorsement of Memorandum of Lis Pendens; and

4. Proposed Lis Pendens;

The United States requests that any such Order not preclude disclosure of such documents by employees, contract employees, and agents of the United States Attorney's Office for the District of Massachusetts, any law enforcement officers involved in the investigation, or the United States Marshal for the District of Massachusetts or his officers and agents, as necessary to:

1. comply with Orders of this Court;

2. record an endorsed <u>lis pendens</u> with the appropriate registry of deeds; or

3. serve an endorsed <u>lis pendens</u> on Jeremiah Miranda, Leonard Miranda, Brenda Miranda, or their associates.

As required by Local Rule 7.2, this Motion is supported by good cause, as detailed in the Verified Complaint for Forfeiture <u>in Rem</u> and accompanying Affidavit of Special Agent Thomas W. Millar of the United States Drug Enforcement Administration, because premature disclosure of these documents could lead to efforts by the owner to transfer, place liens upon, deplete, or otherwise impair the forfeitability of the Defendant Property. The requested impoundment is intended only to preserve the <u>status quo</u>, and therefore, the United States requests that the documents be placed under seal for a brief period of time, until the United States can obtain the Court endorsed <u>Lis Pendens</u> and record it in the Barnstable County Registry of Deeds.

WHEREFORE, the United States respectfully requests that this Court impound this Motion and the items listed herein until further Order of the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JENNIFER H. ZACKS
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: 5/10/05

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: _____, 2005