UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA,            )
            Plaintiff,               )
                                     )
    v.                               ) Civil Action No. 05-10961-MEL
                                     )
160 EASY STREET, NORTH HARWICH,      )
MASSACHUSETTS,                       )
            Defendant.               )
```

**MOTION TO UNIMPOUND**

The United States of America, by its attorney, Michael J.
Sullivan, United States Attorney for the District of Massachusetts,
hereby moves that this Court unimpound the Verified Complaint for
Forfeiture In Rem, including the attached affidavit; the Warrant
and Monition; the Motion for Ex Parte Finding and Endorsement of
Memorandum of Lis Pendens; and the Lis Pendens, which were filed in
connection with this instant civil action on May 10, 2005.  The
United States initially sought to impound these filings for a brief
period in order to avoid the substantial risk that the real
property located at 160 Easy Street, North Harwich, Massachusetts,
(the "Defendant Property"), subject to forfeiture, would otherwise
be transferred or encumbered when the owners learned of the
Verified Complaint for Forfeiture against the Defendant Property.

On May 17, 2005, the United States District Court Endorsed the
Government's Lis Pendens with respect to the Defendant Property
subject to forfeiture, and on May 26, 2005, the Lis Pendens was
recorded at the Barnstable County Registry of Deeds.  Furthermore,
certified copies of the Court endorsed Lis Pendens were sent to

Jeremiah Miranda, Leonard Miranda, and Brenda Miranda on May 26, 2005, via certified mail.

The United States hereby requests that this Court unimpound all of the documents which have been filed in this civil forfeiture action so that they may be promptly served upon any and all interested parties and their attorneys, along with any other individuals and/or financial institutions having or believed to have an interest in the Defendant Property which is subject to forfeiture.

WHEREFORE, the United States requests that the Court unimpound all of the documents listed above, which have been filed in this civil forfeiture matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Jennifer H. Zacks
     JENNIFER H. ZACKS
     Assistant U.S. Attorney
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
Dated:   June 2, 2005                (617) 748-3283

APPROVED AND SO ORDERED:

MORRIS E. LASKER
UNITED STATES DISTRICT JUDGE
Dated: _____, 2005

2