UNITRD STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10961 MEL

UNITED STATES OF AMERICA,
        Plaintiff,

V.

160 EASY STREET, NORTH
HARWICH, MASSACHUSETTS,
        Defendant.

**PETITION FOR REMISSION OR MITIGATION OF A JUDICIAL FORFEITURE**

Michael J. Sullivan
United States Attorney
for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA  02210

This Petition is submitted on behalf of Mr. Leonard Miranda of 3 Marie Lane, North Harwich, Massachusetts, social security number 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.

The seizing agency is The United States Drug Enforcement Administration, said seizure occurred on or about June 7, 2005 at the United States District Court, Boston Massachusetts.

The U.S. District Court docket number is 05-10961 MEL.

The address of the seized property is 160 Easy Street, North Harwich, Massachusetts.

The petitioner's interest in said property is as co-owner supported by the attached copy of property deed.

This petition is submitted pursuant to 28 U.S.C. 1746, attached is the client, Leonard Miranda's sworn notice of representation, identifying attorney Thomas R. Rugo as his representative in this matter.

1. Upon information and belief, Mr. Miranda and his wife own the home located at 160 Easy Street, North Harwich but have never resided in the home. Mr. Miranda and his

wife, Brenda, reside at 3 Marie Lane, North Harwich, Massachusetts and are active members of the Brewster Baptist Church. Mr. Miranda built the house at 160 Easy Street, North Harwich, Massachusetts with funds he saved from working two jobs, as a lineman for NSTAR for the past eighteen years and as newspaper delivery man for seventeen years with the Cape Cod Times. The newspaper account consisted of 325 clients and was delivered each and every morning between the hours of 4 am - 6 am, except Christmas day. Funds were saved from these two jobs which enabled Mr. Miranda to put a down payment of $40,000.00 for a construction loan for this house. Mr. Miranda and his wife built the house as a retirement investment.

2. Upon information and belief, the land was purchased and a home was completed by Markwood Construction Company sometime in May of 2002. Mr. Miranda and his brother, Warren Miranda, owner of Miranda Backhoe Service, completed some of the subcontracting on the home. There currently is an outstanding mortgage on the home in the amount of $194,000.00.

3. Upon information and belief, Mr. Miranda allowed his oldest son, Jeremiah, to rent the home from him and his wife provided Jeremiah pay the rent (approximately $1,300.00) and utilities. Mr. Miranda also received a promise from his son that no illegal activity would be allowed to be conducted at the property. Mr. Miranda exercised dominion and control over the property while allowing his son to reside there. Mr. Leonard Miranda never resided at the property.

4. Upon information and belief, during the period prior to Jeremiah moving into the home at 160 Easy Street and when Jeremiah lived in the home Mr. Miranda understood his son was gainfully employed full time in various vocations, often with multiple jobs, including working for his brother at Miranda Backhoe Service.

5. Upon information and belief, Mr. Miranda's son Jeremiah was an excellent student at Harwich High School, earning a B+ average and excelling as a star football player, graduating in 1998 and Mr. Miranda always believed his son did not use drugs. Jeremiah attended Worcester Academy, as a post graduate student, in the fall of 1998 and played football there. Jeremiah had a child that year and left school and moved home to work and provide for his child. For two years Jeremiah worked and lived at home, he had no juvenile record or adult record until his arrest on February 28, 2003, which is the subject matter of this forfeiture. On June 30, 2005 Jeremiah plead guilty to drug charges, including possession of 9 grams of cocaine, and received an eighteen month sentence to the Barnstable House of Correction, suspended, with ninety days to serve.

6. Upon information and belief, during the period Jeremiah lived as a tenant at 160 Easy Street, North Harwich, between May 2002 and his arrest on February 28, 2003 Mr. Miranda was under the belief that Jeremiah continued to work full time and was abiding the law as he always had. Mr. Miranda was told at various times that he continued to work for his brother at Miranda Backhoe Service. Mr. Miranda believed his son Jeremiah was always employed.

7. Upon information and belief, the home at 160 Easy Street, while close to Mr. Miranda's home, is at the end of a dead end street. Mr. Miranda would occasionally visit the property and there were no signs of drug use. Moreover, the government never observed or offered evidence of drugs being sold out of the residence at 160 Easy Street, North Harwich, Massachusetts.

8. Upon information and belief, Mr. Miranda had no knowledge of or consented to any illegal activity, or drug use or drug activity at 160 Easy Street, North Harwich, Massachusetts. Mr. Miranda has no criminal record and has worked two jobs most of his adult life and is an innocent owner of the property located at 160 Easy Street, North Harwich, Massachusetts. Mr. Miranda never gained whatsoever from his son's illegal activity.

*Thomas R. Rugo*

THOMAS R. RUGO
ATTORNEY AT LAW
THE DEACON JOHN MUNROE HOUSE
3291 MAIN STREET - PO BOX 730
BARNSTABLE VILLAGE, MA 02630
Tel. 508-375-9975  Fax 508-362-7770
BBO# 556408
August 3, 2005