UNITRD STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10961 MEL

UNITED STATES OF AMERICA,
        Plaintiff,

V.

160 EASY STREET, NORTH
HARWICH, MASSACHUSETTS,
        Defendant.

SIGNED AND SWORN STATEMENT BY CLIENT-PETITIONER LEONARD
MIRANDA AUTHORIZING REPRESENTATION BY
ATTORNEY THOMAS R. RUGO TO REPRESENT HIM IN HIS PETITION FOR
REMISSION OR MITIGATION PURSUANT TO
28 CFR Ch 1 (7-1-04 Edition) Department of Justice

1. I, Leonard Miranda, do hereby state that I have authorized attorney Thomas R. Rugo of Barnstable, Massachusetts to represent me in the above captioned matter.

2. I, Leonard Miranda, have fully reviewed the attached petition and find it to be truthful and accurate in every respect.

Signed this  3  day of ~~July~~ Aug. 2005 under the pains and penalties of perjury.

*/s/ Leonard Miranda*
Leonard Miranda

Bk 16835 Pg42 #51456

## MASSACHUSETTS QUITCLAIM DEED

04-30-2003 a 12:10p

I, Leonard Miranda for $1.00 and other consideration paid, and in full consideration of One AND 00/100 Dollars (U.S. $1.00) grant to Leonard Miranda and Brenda J. Miranda, as Tenants by the Entirety, of 3 Maria Lane, Harwich, Massachusetts 02645 with *quitclaim covenants* the following property in Barnstable, Massachusetts.

A certain piece of, or parcel of land situated in that part of the Town of North Harwich called Belmont Gardens and being LOTS NUMBERED 36, 37, 38, 39, 40, 41, 42, 43 in Block Numbered 2, Section 1 on a plan entitled "Plan Subdivision Map of Belmont Gardens situated in North Harwich drawn by S.V. Godden," which said plan is recorded with the Barnstable County Registry of Deeds in Plan Book 4, Page 53, which plan is hereby referred to for a more particular description

Subject to:
Fiscal Year 2003 real estate taxes paid to current.
Drainage Easement on Lot 35 in Book 14655, Page 350.
Easements to the Commonwealth Electric in Book 15097, Page 283

Witness my/our hand(s) and seal(s) this 25th day of April, 2003.

*[signature]*
Leonard Miranda


Commonwealth of Massachusetts

Barnstable, ss.                                                                April 25, 2003

Then personally appeared the above-named Leonard Miranda and acknowledged the foregoing instrument to be his/her/their free act and deed before me.   *[signature]*

STEPHEN HENRY MILLS NP
Notary Public
My Commission Expires: October 18, 2007

PROPERTY ADDRESS:   160 Easy Street Harwich, Massachusetts 02645

RETURN TO: Leonard Miranda and Brenda J. Miranda
3 MARIA Lane, Harwich, MA


BARNSTABLE REGISTRY OF DEEDS

CERTIFICATE OF SERVICE: I hereby certify that a true copy of the above documents were served upon the U.S. Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 and the U.S. Drug Enforcement Administration, JFK Federal Building, Room E-400, 15 New Sudbury Street, Boston, Massachusetts 02203 Attention Asset Forfeiture Group by Express U.S. mail, return receipt, postage paid, on August 3, 2005

Signed under the pains and penalties of perjury this     3     day of     August 2005.

_____
Thomas R. Rugo