UNITRD STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10961 MEL

UNITED STATES OF AMERICA,
        Plaintiff,

        V.

160 EASY STREET, NORTH
HARWICH, MASSACHUSETTS,
        Defendant.

## ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM

Mr. Leonard Miranda of 3 Marie Lane, North Harwich, MA is a title owner of the property located at 160 Easy Street, North Harwich, Massachusetts, by his attorney, Thomas R. Rugo, answers the civil action of forfeiture pursuant to Title 21, United States Code, Section 881 (a) (7), as follows:

1. Admit.

2. Admit.

3. Admit

4. Deny.

5. Deny.

WHEREFORE, Mr. Leonard Miranda, title owner of the Defendant Property located at 160 Easy Street, North Harwich, Massachusetts claims the forfeiture should not be decreed.

As reasons Mr. Miranda claims he is an innocent owner as so defined under 21 U.S.C. 881(a)(4). Said property was occupied by his son and he was not aware that any drug activity was occurring at that property and further that drug activity was not occurring at that property.

Mr. Miranda prays;

1. That the case be dismissed;

2. That the forfeiture should not be decreed against the Defendant Property;

3. That the Defendant Property should not be disposed of;

4. That Mr. Miranda be awarded costs and all other relief to which Mr. Miranda may be entitled.

Mr. Leonard Miranda
By his Attorney

THOMAS R. RUGO
ATTORNEY AT LAW
THE DEACON JOHN MUNROE HOUSE
3291 MAIN STREET - PO BOX 730
BARNSTABLE VILLAGE, MA 02630
Tel. 508-375-9975  Fax 508-362-7770
BBO# 556408
August 19, 2005

CERTIFICATE OF SERVICE: I hereby certify that a true copy of the above documents were served upon the U.S. Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 and the U.S. Drug Enforcement Administration, JFK Federal Building, Room E-400, 15 New Sudbury Street, Boston, Massachusetts 02203 Attention Asset Forfeiture Group by Express U.S. mail, return receipt, postage paid, on August 19, 2005


Signed under the pains and penalties of perjury this        19      day of        August 2005.

_____

Thomas R. Rugo