UNITRD STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 05-10961 MEL

UNITED STATES OF AMERICA,
        Plaintiff,

    V.

160 EASY STREET, NORTH
HARWICH, MASSACHUSETTS,
        Defendant.

## ANSWER TO VERIFIED COMPLAINT FOR FORFEITURE IN REM

Mrs. Brenda Miranda of 3 Marie Lane, North Harwich, MA is a title owner of the property located at 160 Easy Street, North Harwich, Massachusetts, by her attorney, Thomas R. Rugo, answers the civil action of forfeiture pursuant to Title 21, United States Code, Section 881 (a) (7), as follows:

1. Admit.

2. Admit.

3. Admit

4. Deny.

5. Deny.

WHEREFORE, Mrs. Brenda Miranda, title owner of the Defendant Property located at 160 Easy Street, North Harwich, Massachusetts claims the forfeiture should not be decreed.

As reasons Mrs. Miranda claims she is an innocent owner as so defined under 21 U.S.C. 881(a)(4). Said property was occupied by her son and she was not aware that any drug activity was occurring at that property and further that drug activity was not occurring at that property.

Mrs. Miranda prays;

1. That the case be dismissed;

2. That the forfeiture should not be decreed against the Defendant Property;

3. That the Defendant Property should not be disposed of;

4. That Mrs. Miranda be awarded costs and all other relief to which Mrs. Miranda may be entitled.

Mrs. Brenda Miranda
By her Attorney

*/s/ Thomas R. Rugo*

THOMAS R. RUGO
ATTORNEY AT LAW
THE DEACON JOHN MUNROE HOUSE
3291 MAIN STREET - PO BOX 730
BARNSTABLE VILLAGE, MA 02630
Tel. 508-375-9975  Fax 508-362-7770
BBO# 556408
August 19, 2005

CERTIFICATE OF SERVICE: I hereby certify that a true copy of the above documents were served upon the U.S. Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 and the U.S. Drug Enforcement Administration, JFK Federal Building, Room E-400, 15 New Sudbury Street, Boston, Massachusetts 02203 Attention Asset Forfeiture Group by Express U.S. mail, return receipt, postage paid, on August 19, 2005

Signed under the pains and penalties of perjury this    19    day of    August 2005.

_____
Thomas R. Rugo