UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,           )
            Plaintiff,              )Civil Action No. 05-10961-MEL
                                    )
        v.                          )
                                    )
160 EASY STREET, NORTH HARWICH,)
MASSACHUSETTS                       )
            Defendant.              )

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Leonard Miranda and Brenda Miranda, by their attorney, Thomas R. Rugo, submit this Joint Statement pursuant to Local Rule 16.1.


1.    The parties have conferred pursuant to the Local Rules and confirm their obligation to limit discovery as set forth in Fed.R.Civ.P. 26(b).

2.    The parties propose the following schedule for discovery events and the filing of pre-trial motions:

    a.    discovery, including interrogatories and document requests, and any necessary depositions to be completed by March 1, 2006;

    b.    dispositive motions to be filed on or before April 18, 2006;

    c.    opposition to dispositive motions to be filed on or before May 18, 2006;

3.    The parties request that the Court then schedule a

hearing on dispositive motions, or act upon the motions without hearing if the Court decides no hearing is necessary.  If the case is not disposed of by motion, the parties will confer and then seek an additional Scheduling Conference with respect to further conduct of the case.

    4.    The Claimant requests trial by jury and the United States consents to trial by magistrate judge.


    Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | LEONARD MIRANDA, |
| United States Attorney, | BRENDA MIRANDA |



| | |
|---|---|
| _/s/Jennifer H. Zacks_ | _/s/ J.Thomas R. Rugo/jhz_ |
| by:  Jennifer H. Zacks | By:  J. Thomas R. Rugo |
|     Assistant U.S. Attorney |     3291 Main Street |
|     John J. Moakley Federal |     Post Office Box 730 |
|     Courthouse |     Barnstable Village, MA |
|     Suite 9200 |     02630 |
|     1 Courthouse Way |     (508)375-9975 |
|     Boston, MA 02210 | |
|     (617) 748-3283 | |


Date: September 27, 2005