AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF MASSACHUSETTS

USA
v.
160 EAST STREET
NORTH HARWICH, MASS., ETAL

**APPEARANCE**

CASE NUMBER: 05-10961-MEL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  160 Easy Street, North Harwich, Massachusetts. (Defendant

_October 5, 2005_
Date

_Joseph J. Balliro, Sr._
Signature

Joseph J. Balliro Sr.
Print Name

99 Summer St
Address

Boston, MA 02110
City     State    Zip Code

617-737-8442
Phone Number