UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> Plaintiff, ) | Civil Action No. 05-10961-MEL |
| ) | |
| v. ) | |
| ) | |
| 160 EASY STREET, NORTH HARWICH, ) <br> MASSACHUSETTS ) <br> Defendant. ) | |
| ) | |
| _____ ) | |
| Leonard Miranda ) <br> Brenda Miranda ) <br> Claimants. ) | |

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

LASKER, D.J.,

The above-captioned case having come before this Court, and the Court being fully advised of the settlement agreement between the United States and the claimants, Leonard Miranda and Brenda Miranda,

It is hereby ORDERED, ADJUDGED, and DECREED:

1. In accordance with the provisions of the Stipulation of Settlement, the real property located at 160 Easy Street, North Harwich, Massachusetts (the "Defendant Property") will be forfeited to the United States, pursuant to 21 U.S.C. §881(a)(7).

2. Also in accordance with the provisions of the Stipulation of Settlement, the Defendant Property will be sold by the United States Marshals Service (USMS).

3. Following such sale, as described more fully in the Stipulation of Settlement, ninety percent (90%) of the net proceeds

will be retained by the USMS, to be disposed of in accordance with law, and ten percent (10%) of the net proceeds shall be paid to the Claimants.

4.  This civil in Rem forfeiture action shall be dismissed with prejudice.

5.  The parties have agreed that the settlement of this matter upon the terms and conditions set forth herein and in the Stipulation of Settlement shall be in full, final, and complete satisfaction of any and all civil claims relating to the Claimants arising out of the forfeiture of the Defendant Property, and all rights of appeal in this forfeiture case have been waived. Each party shall bear its own costs and fees, including attorneys' fees.

6.  This Court shall retain jurisdiction in this case to enforce the provisions of this Order and the Stipulation of Settlement entered into between the United States and the Claimants.

APPROVED AND SO ORDERED:

_____
MORRIS E. LASKER
United States Senior District Judge
Date: 3/20         , 2006